IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLIFFORD JONES, | ) | 1:05-CV-00634-AWI-TAG-HC |
| Petitioner, | ) | |
| | ) | ORDER TO SUBMIT APPLICATION TO |
| vs. | ) | PROCEED IN FORMA PAUPERIS |
| | ) | **OR** FILING FEE |
| BUREAU OF PRISONS, et al., | ) | |
| | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

Petitioner is a federal prisoner proceeding pro se in an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has not paid the $5.00 filing fee, or submitted an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.  Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to petitioner the form for application to proceed in forma pauperis.

2. Within thirty days of the date of service of this order, petitioner shall submit a completed application to proceed in forma pauperis, or in the alternative, pay the $5.00 filing fee for this action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:     June 6, 2005**                          **/s/ Theresa A. Goldner**
j6eb3d                                                    UNITED STATES MAGISTRATE JUDGE